**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOHN BERGONZI, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No.: 1:26-cv-10059-LTS |
| v. | ) | |
| | ) | |
| BARNSTABLE PUBLIC SCHOOLS, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**JOINT STATEMENT**

Pursuant to Local Rule 16.1(d) and this Court's February 24, 2026 Notice of Scheduling

Conference, Plaintiff John Bergonzi and Defendant Barnstable Public Schools submit the

following proposed Joint Initial Scheduling Conference Statement:

1.     The parties do not consent to a trial by magistrate.

2.     There are no pending motions.

3.     The parties propose the following discovery deadlines:

    a.     Initial disclosures must be filed by May 1, 2026;

    b.     Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after May 15, 2026;

    c.     All requests for production of documents and interrogatories must be served by August 28, 2026;

    d.     All requests for admission must be served by August 28, 2026;

    e.     All depositions, other than expert depositions, must be completed by October 2, 2026;

    f.     All discovery, other than expert discovery, must be completed by October 30, 2026;

g.   Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by, October 30, 2026;

h.   Plaintiff's trial experts must be deposed by November 30, 2026;

i.   Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by November 30, 2022;

j.   Defendant's trial experts must be deposed by December 30, 2026

4.   The parties propose that motions for summary judgment or partial summary judgment must be filed by February 15, 2026.

5.   Concise summary of the position of the parties regarding both liability and relief sought:

**Plaintiff:**   Plaintiff seeks reliance, compensatory, and/or nominal damages as well as an award of attorneys' fees and costs from Defendant for violating his First Amendment rights and for breach of contract and/or promissory estoppel.

**Defendant:**   The Defendant denies that it is liable to the Plaintiff for the causes of action stated in Plaintiff's Complaint and denies that the Plaintiff is entitled to the requested relief.

6.   Local Rule 16.1(d)(3) certifications will be filed by each party under separate cover.

7.   The parties recommend that the Court should either cancel the Rule 16 conference and adopt the parties' joint statement or permit counsel to attend the Rule 16 Conference by telephone.

- 3 -

Dated: March 18, 2026                                   Respectfully submitted,

/s/ Michael Bekesha                                    /s/ Syd Saloman
Michael Bekesha                                        Syd A. Saloman
BBO No. 675787                                         BBO No. 645267
JUDICIAL WATCH, INC.                                   Melick & Porter LLP
425 Third Street, S.W., Suite 800                      One Liberty Square
Washington, DC 20024                                   Boston, MA 02109
Tel: (202) 646-5172                                    Tel : (617) 502-9643

*Counsel for Plaintiff*                                *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 18, 2026.

/s/ Michael Bekesha